**Order filed October 6, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00389-CV

———————

**CYPRESSWOOD LAND PARTNERS I AND STEPHEN A. MORROW, Appellants**

**V.**

**BEIRNE, MAYNARD AND PARSONS, LLP, Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-48326**

---

## ORDER

Appellant Cypresswood Land Partners I ("Cypresswood"), which describes itself as a joint venture, is not represented by counsel in this appeal. Rather, Cypresswood is attempting to represent itself pro se through one of the joint venturers, who is not an attorney. Joint ventures are generally governed by the law of partnerships. *See Truly v. Austin*, 744 S.W.2d 934, 937 (Tex. 1988); *Lawler v. Dallas Statler-Hilton Joint Venture*, 793 S.W.2d 27, 33 (Tex. App.—Dallas 1990,

writ denied). Except for the performance of ministerial tasks, partnerships, like corporations, may appear and be represented only by a licensed attorney. *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, U.S.A., 937 S.W.2d 455, 456 (Tex. 1996); *Simmons, Jannace & Stagg, L.L.P. v. The Buzbee Law Firm*, 324 S.W.3d 833, 833 (Tex. App.—Houston [14th Dist.] 2010, no pet.) (mem op.).

On August 30, 2016, we requested that Cypresswood obtain counsel to represent it in this appeal and file a notice of appearance by September 15, 2016. No response has been received.

Accordingly, we **ORDER** Cypresswood to obtain counsel for this appeal and to provide proof of the retention by **October 13, 2016**. If Cypresswood does not comply, the court will dismiss Cypresswood's appeal for failure to comply with our order. *See* Tex. R. App. P. 42.3(c).


PER CURIAM